IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUNTINGTON TECHNOLOGY FINANCE, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SURGEM, LLC, SURGICARE SURGICAL ASSOCIATES OF JERSEY CITY, LLC, SURGICARE OF BOCA RATON, LLC, and DR. JOHN H. HAJJAR<br><br>　　　　Defendants. | Case No. 2:18-cv-00039-RCM<br><br>HONORABLE ROBERT C. MITCHELL |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Huntington Technology Finance, Inc., by its attorneys, Metz Lewis Brodman Must O'Keefe LLC, hereby provides notice of dismissal of all claims against Defendants Surgem, LLC, Surgicare Surgical Associates of Jersey City, LLC, Surgicare of Boca Raton, LLC, and Dr. John H. Hajjar, without prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Date: February 26, 2018　　　　　　　　METZ LEWIS BRODMAN MUST
　　　　　　　　　　　　　　　　　　　　O'KEEFE LLC

　　　　　　　　　　　　　　　　　　　　By: /s/ *Justin M. Tuskan*
　　　　　　　　　　　　　　　　　　　　　　John R. O'Keefe, Jr. (PA ID 36633)
　　　　　　　　　　　　　　　　　　　　　　Justin M. Tuskan (PA ID 311235)
　　　　　　　　　　　　　　　　　　　　　　535 Smithfield Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　　　　Phone: (412) 918-1100
　　　　　　　　　　　　　　　　　　　　　　Fax: (412) 918-1199
　　　　　　　　　　　　　　　　　　　　　　jokeefe@metzlewis.com
　　　　　　　　　　　　　　　　　　　　　　jtuskan@metzlewis.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　*Huntington Technology Finance, Inc.*